

1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

8           IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:23-cr-00031-JLT-SKO
12 |                          Plaintiff,    | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT
13 |           v.                           |
14 | FRANCISCO CARDENAS TREJO, AND          |
   | GERARDO ZARAGOZA,                      |
15 |                          Defendant.    |
16

17

18    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

19 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

20 on February 16, 2023, charging the above defendants with a violation of 21 U.S.C. § 846,

21 841(a)(1) & (b)(1)(A)- Conspiracy to Distribute and to Possess with Intent to Distribute

22 Methamphetamine; 21 U.S.C. § 841(a)(1) –Distribution of Methamphetamine; 21 U.S.C. §

23 853(a) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment

24 are either in custody or have been given bail on these offenses; and further order that until

25 such time as the defendants are in custody or have been given bail,

26 / / /

27 / / /

28 / / /

Motion to Seal Indictment                    1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: February 16, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By      /s/ Stephanie M. Stokman
　　　　　　　　　　　　　　　　　　　　STEPHANIE M. STOKMAN
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　IT IS SO ORDERED.

Dated:  February 16, 2023　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge