1 | PHILLIP A. TALBERT
United States Attorney
2 | STEPHANIE M. STOKMAN
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00031-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL INDICTMENT |
| FRANCISCO CARDENAS TREJO, and GERARDO ZARAGOZA, | |
| Defendants. | |

The Indictment in this case, having been sealed by Order of the Court on February 16, 2023, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case, and the docket as to all defendants, be unsealed and made public record.

Dated: February 21, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

MOTION AND ORDER TO UNSEAL      1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>FRANCISCO CARDENAS TREJO, and GERARDO ZARAGOZA,<br>               Defendants. | CASE NO.  1:23-CR-00031-JLT-SKO<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on February 16, 2023, and docket pertaining to all named defendants, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **February 21, 2023**   _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE