# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California



**FILED**

FEB 28 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | )<br>) |
| FRANCISCO CARDENAS TREJO, | )<br>) |

Case No. 1:23-cr-00031-JLT-SKO

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at: **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
                                                                                  *Place*

    **U.S. MAGISTRATE JUDGE Sheila K. Oberto in Courtroom 7** (unless another courtroom is designated)

    on                             **JUNE 14, 2023, at 1:00 PM**
                                               *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

(Copies to:    Defendant (through Pretrial)    PRETRIAL SERVICES    US ATTORNEY    US MARSHAL)

CARDENAS TREJO, Francisco
DOC. NO. 1:23CR00031-JLT-SKO

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization    Maria Del Refugio Trejo de Cardenas

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: *Maria Cardenas*
CUSTODIAN

☑ (7) The defendant must:
☑ (a) report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations;
☑ (b) report telephonically to the Pretrial Services Agency on the first working day following your release from custody;
☑ (c) reside at a location approved by the pretrial services officer, and not move or be absent from this residence without prior approval of pretrial services officer;
☑ (d) report any contact with law enforcement to your pretrial services officer within 24 hours;
☑ (e) cooperate in the collection of a DNA sample;
☑ (f) travel restricted to Eastern District of California, unless otherwise approved in advance by pretrial services officer;
☑ (g) not associate or have any contact with co-defendants or any known gang members, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
☑ (h) maintain or actively seek employment, and provide proof thereof to the pretrial services officer, upon request;
☑ (i) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
☑ (j) refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;
☑ (k) surrender your passport to the Clerk, United States District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;
☑ (l) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A $61,000 bond ($9,000 to be secured in cash and $52,0000 to be secured by the titles of the defendant's vehicle); and,

## USMS SPECIAL INSTRUCTIONS:

☑ (m) have your release on bond delayed until the posting of your bond and the surrendering of your passport.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 2/28/23

X _[signature]_
Defendant's signature

Maricela Cardenas
Surety/property owner – printed name

M Cardenas
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: 2/28/2023

_[signature]_
Signature of Clerk or Deputy Clerk  Esther Valdez

Approved.
Date: 2/28/23

_[signature]_
BARBARA A. McAULIFFE, U.S. Magistrate Judge's signature