(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  FRANCISCO CARDENAS TREJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO CARDENAS TREJO,<br><br>Defendant. | Case No.: **1:23-cr-00031-NODJ-BAM**<br><br>**AMENDED MOTION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date: December 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 8 |

   Defendant FRANCISCO CARDENAS TREJO, by and through his counsel of record, ROGER D. WILSON, request a continuance of the status conference on December 11, 2024. Said request is based on the declaration of Roger D. Wilson.

   I, Roger D. Wilson, declare:

1. By previous order, this matter was set for status conference on December 11, 2024.

2. The defendant now moves to continue the status conference until April 23, 2025, and to exclude time between December 11, 2024, and April 23, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. Counsel is presently in a jury trial in Madera County Superior Court, case number MCR07770. This case involves a former Madera corrections officer Charged with ninety-seven counts (97) of sexual assault. This trial began on

August 24, 2024, and will continue through December 13, 2024.

4. Counsel for the defendant will not be available for the status conference on December 11, 2024, nor has counsel been able to meet with the defendant and prepare for the hearing.

5. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 9th day of December 2024, at Fresno, California.

DATED:   December 9, 2024   /s/ Roger D. Wilson
ROGER D. WILSON
Attorney for Francisco Cardenas Trejo

--o0o--

**ORDER**

IT IS SO ORDERED that the status conference is continued from December 11, 2024, to **April 23, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 10, 2024**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE