MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO CARDENAS TREJO, AND GERARDO ZARAGOZA,<br><br>Defendants. | CASE NO. 1:23-CR-00031-TLN-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 23, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 23, 2025.

2. By this stipulation, defendants now move to vacate the status conference and set a jury trial date for December 2, 2025, and to exclude time between April 23, 2025, and December 2, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to further review discovery, discuss

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 potential resolution with his client and the government, and investigate and prepare for trial.

2       c)      Counsel for defendants believe that failure to grant the above-requested
3 continuance would deny him/her the reasonable time necessary for effective preparation, taking
4 into account the exercise of due diligence.

5       d)      The government does not object to the continuance.

6       e)      Based on the above-stated findings, the ends of justice served by continuing the
7 case as requested outweigh the interest of the public and the defendant in a trial within the
8 original date prescribed by the Speedy Trial Act.

9       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 et seq., within which trial must commence, the time period of April 23, 2025 to December 2,
11 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
12 T4] because it results from a continuance granted by the Court at defendants' request on the basis
13 of the Court's finding that the ends of justice served by taking such action outweigh the best
14 interest of the public and the defendants in a speedy trial.

15       g)      The parties also agree that this continuance is necessary for several reasons,
16 including but not limited to, the need to permit time for the parties to exchange supplemental
17 discovery, engage in plea negotiations, and for the defense to continue its investigation and
18 preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

19 //

20

21 //

22

23 //

24

25 //

26

27 //

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 21, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: April 21, 2025 | /s/ ROGER WILSON<br>ROGER WILSON<br>Counsel for Defendant<br>FRANCISCO CARDENAS TREJO |
| Dated: April 21, 2025 | /s/ MARK COLEMAN<br>MARK COLEMAN<br>Counsel for Defendant<br>GERARDO ZARAGOZA |

### ORDER

IT IS SO ORDERED that the status conference set for April 23, 2025, is vacated. A jury trial is set for **December 2, 2025, at 8:30 a.m. before the District Court Judge**. Estimate time of trial is **2 weeks**. A trial confirmation is set for **November 17, 2025, at 8:30 a.m. before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __April 21, 2025__        /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE