ERIC GRANT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO JAVIER CARDENAS TREJO, <br><br> Defendant. | CASE NO. 1:23-CR-00031-WLH-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties have filed a plea agreement and now move to set a date for a change of plea for December 1, 2025.

2. The parties agree and stipulate, and request that the Court find the following:

a) The parties have entered into a resolution in this matter and agree that a date of December 1, 2025, is warranted for a change of plea.

b) Time has previously been excluded until December 2, 2025.

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 6, 2025

ERIC GRANT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  October 6, 2025

/s/ ROGER WILSON

ROGER WILSON
Counsel for Defendant
FRANCISCO JAVIER
CARDENAS TREJO

**ORDER**

IT IS SO ORDERED that the jury trial set for December 2, 2025, trial confirmation set for November 17, 2025 and status conference set for October 8, 2025 are vacated. A change of plea hearing is set for **December 1, 2025, at 9:30 a.m. in Courtroom 5 before the Chief District Judge Troy L. Nunley**.  Time was previously excluded through December 2, 2025.

IT IS SO ORDERED.

Dated:   **October 6, 2025**                         /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2